IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BOBBY ALLEN GREEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CIV-17-60-C |
| ) | |
| DENNIS LAYDEN, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

This civil rights action brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Suzanne Mitchell, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). On March 1, 2017, Judge Mitchell entered a Report and Recommendation concluding that because Plaintiff had not paid the initial filing fee as ordered, the action should be dismissed without prejudice. Plaintiff has not filed an objection.

Accordingly, the Report and Recommendation (Dkt. No. 8) of the Magistrate Judge is adopted and the complaint is dismissed without prejudice.

IT IS SO ORDERED this 28th day of March, 2017.

ROBIN J. CAUTHRON
United States District Judge